1
2
3
4
5
6
7

8       **UNITED STATES DISTRICT COURT**

9       **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   MOSES CLARK,                              Civil Case No.  09-1484 L (JMA)
     CDCR #F-99760,

12                                Plaintiff,
                                               **ORDER PROVIDING NOTICE**
13                                             **TO PRO SE PRISONER OF**
             vs.                               **REQUIREMENTS FOR**
14                                             **OPPOSING SUMMARY**
                                               **JUDGMENT PURSUANT**
15   LARRY SMALL, Warden;                      **TO *KLINGELE  / RAND***
     R. MADDEN, Correctional Captain,          **AND SETTING BRIEFING**
16                                             **SCHEDULE**
                                Defendants.
17

18        This notice is required[1] to be given to Plaintiff pursuant to *Rand v. Rowland*, **154**

19   **F.3d 952 (9th Cir. 1998) (en banc) and *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988):**[2]

20        Defendants have filed a Motion for Summary Judgment pursuant to FED.R.CIV.P. 56

21   [Doc. No. 49], by which they seek to have your case dismissed.  A Motion for Summary

22   Judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end your case.

23   _____

24        [1]  Because Plaintiff is no longer incarcerated, he may not be entitled to a *Klingele / Rand*
     warning.  *See Jacobsen v. Filler*, 790 F.2d 1362, 1364-67 (9th Cir. 1986) (holding that Klingele notice
25   is not required for pro se litigants who are not incarcerated); Pl.'s Notice of Change of Address [Doc.
     No. 42].  However, because Plaintiff was incarcerated when he initiated this action, is still proceeding
26   without counsel, and the allegations in his Amended Complaint challenge the conditions of confinement
     at Calipatria State Prison, the Court will issue this Order in an abundance of caution in order to ensure
27   that Plaintiff is aware of his obligations under FED.R.CIV.P. 56.

28        [2] *Klingele* and *Rand* together require the district court "as a bare minimum," to ensure that a pro
     se prisoner has "fair notice of the requirements of the summary judgment rule."  *Klingele*, 849 F.2d at
     411 (quotations omitted); *Rand*, 154 F.3d at 962.

1   Rule 56 tells you what you must do in order to oppose a Motion for Summary Judgment.

2   Generally, summary judgment must be granted when there is no genuine issue of material fact–

3   that is, if there is no real dispute about any fact that would affect the result of your case, and the

4   party who asked for summary judgment is entitled to judgment as a matter of law, which will

5   end your case.  When a party you are suing makes a motion for summary judgment that is

6   properly supported by declarations (or other sworn testimony), you cannot simply rely on what

7   your complaint says.  Instead, you must set out specific facts in declarations, depositions,

8   answers to interrogatories, or authenticated documents, as provided by Rule 56(e), that

9   contradict the facts shown in the defendants' declarations and documents and show that there

10   is a genuine issue of material fact for trial.  If you do not submit your own evidence in

11   opposition, summary judgment, if appropriate, may be entered against you.  If summary

12   judgment is granted, your case will be dismissed and there will be no trial.

13   **Conclusion and Order**

14   Accordingly, **IT IS ORDERED** that Defendants' Motion for Summary Judgment has

15   been calendared for hearing on **Monday, December 20, 2010**, at 10:30 a.m., in Courtroom 14.

16   Your Opposition (including any supporting documents) must be filed with the Court and served

17   on all parties by **Monday, December 6, 2010.**   If you do not wish to oppose Defendants'

18   Motion, you should file and serve a "Notice of Non-Opposition" by that same date to let both

19   the Court and Defendants know that the Motion is unopposed.  If you do file and serve an

20   Opposition, Defendants must file and serve their Reply to that Opposition by **Monday,**

21   **December 13, 2010**.

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    At the time appointed for hearing, the Court will, in its discretion, consider Defendants'

2    Motion for Summary Judgment pursuant to FED.R.CIV.P. 56 as submitted on the papers, and will

3    issue its written opinion soon thereafter.  *See* S. D. CAL. CIVLR 7.1(d)(1).   Thus, unless

4    otherwise ordered, no appearances are required and no oral argument will be heard.

5    **IT IS SO ORDERED.**

6    DATED:  October 18, 2010

7    

8    M. James Lorenz
     United States District Court Judge

9    COPY TO:

10   HON. JAN M. ADLER
     UNITED STATES MAGISTRATE JUDGE

11   

12   ALL PARTIES/COUNSEL